# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | 8:10-cr-00341-LSC-FG3 |
| MATTHEW HATCHER, | ) | ORDER |
| Defendant. | ) | |

This matter is before the court on the government's Motion to Continue Trial (#32) due to counsel's scheduling conflict. For good cause shown,

**IT IS ORDERED** that the motion to continue trial (#32) is granted, as follows:

1. The jury trial now set for December 14, 2010 is continued to **January 25, 2011.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **December 14, 2010 and January 25, 2011**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would unreasonably deny the defendant or the Government continuity of counsel, or would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED December 2, 2010.**

BY THE COURT:

s/ F.A. Gossett, III
**United States Magistrate Judge**